IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIBRAIL MALIK MUHAMMAD, SR., a/k/a JULIUS J. MARTIN, JR., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. ACT. NO. 2:23-cv-281-TFM-B |
| DOLGENCORP, LLC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 11th day of June, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE